IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:18CR3066** |
| vs. | |
| SETH MOCK, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1)   The motion of David J. Tarrell to withdraw as counsel of record for Defendant, (Filing No.55), is granted.

2)   Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3)   The clerk shall delete David j. Tarrell from any future ECF notifications herein.

Dated this 4th day of April, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge