IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. SETH MOCK, MUBANGA CHONGO-OFAFA, and AILEEN KOGERA NJOROGE, Defendants. | 4:18CR3066 **ORDER** |

This case has been pending for over a year. Defendant Mock now moves to continue the trial an additional 60 days, (Filing No. 64), because he has retained new counsel and his new attorney needs additional time to review discovery and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted, in part. Accordingly,

IT IS ORDERED:

1) Defendant Mock's motion to continue, (Filing No. 64), is granted in part.

2) As to all defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on November 4, 2019, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and November 4, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act,

because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) **No additional continuances will be granted absent a substantial showing of good cause.**

Dated this 27th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge