IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3066 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| SETH MOCK, MUBANGA CHONGO-OFAFA, and AILEEN KOGERA NJOROGE, | |
| Defendants. | |

Defendant Mubanga Chongo-Ofafa has filed an unopposed motion to continue the trial, (Filing No. 66), asserting that defense counsel is not available during the current trial setting. Chongo-Ofafa has also requested a telephonic conference with the court and all parties to determine an appropriate date certain for trial.

Accordingly,

IT IS ORDERED:

1) Counsel shall confer to determine which weeks all counsel and parties are available for trial between the date of this order and December 31, 2019.

2) On or before 5:00 p.m. on September 6, 2019, counsel shall file a joint statement proposing all such available trial dates to the court. Once this information is received, the trial will be re-scheduled.

3) Chongo-Ofafa's request for a hearing is denied.

August 30, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge