IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>SETH MOCK,<br><br>    Defendants. | 4:18CR3066<br><br>ORDER |

Defendant's retained counsel, Carlos Monzon, has moved to withdraw. (Filing No. 69). Kenneth F. Jacobs entered an appearance on behalf of Defendant Mock on August 15, 2019.

IT IS ORDERED:

1) Mr. Monzon's motion to withdraw, (Filing No. 69), is granted. Mr. Jacobs shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Mr. Monzon from any future ECF notifications herein.

3) Trial remains scheduled to commence on January 6, 2020.

October 1, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge