IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3066 |
| vs. | |
| SETH MOCK, MUBANGA CHONGO-OFAFA, and AILEEN KOGERA NJOROGE, | ORDER |
| Defendants. | |

Defendant Chongo-Ofafa has moved to continue the trial, (Filing No. 74), because defense counsel is not available during the current trial setting. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Chongo-Ofafa's motion to continue, (Filing No. 74), is granted.

2) As to all defendants, the trial of this case is continued pending further order of the court.

3) A telephonic status conference to discuss a new trial setting is set before the undersigned magistrate judge at 1:00 p.m. on February 20, 2020. Parties are instructed to use the conference instructions found at filing no. 51 for participation in the call.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and the new trial date, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(6) & (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to

later claim the time should not have been excluded under the Speedy Trial Act.

February 12, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge